UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

1. Civil Action number: 3:18-cv-00463-N

2. Style of Case: *United States of America and the State of Texas ex rel. Dr. Sujatha Govindarajan v. Dental Health Programs, Inc., et al.*, Case No. 3:18-cv-00463-E, In the United States District Court for the Northern District of Texas, Dallas Division

3. Nature of suit: Employment Retaliation; Qui Tam; False Claims Act and Texas Medicare Fraud Prevention Act

4. Method of ADR used: Mediation

5. Date of ADR session: February 28, 2023

6. Outcome of ADR: Although the case did not settle on the day of the mediation, the Mediator and the Relator and Defendants continued working towards settlement and the Relator and Defendants have now reached a settlement in principle. Counsel for the Relator and Defendants are consulting with counsel for the United States and the State of Texas regarding the terms of the settlement.

7. TOTAL fee: $13,500.00

8. Duration of ADR: one day and continuing efforts thereafter.s

9. Please list persons in attendance:

   Amanda Lee                    Scott Davis
   Greg Brassfield               Ariel Raphael
   Sue Govindarajan              Kathryn Caldwell
   Rangaprasad Govindarajan      Daniel Brody
   Rusty Tucker                  Patricia Ma
   Jason Dennis                  Leon Carter
   Campbell Sode                 Scott Karalis
   Yaman Desai                   John Bueker
   Andrew O'Connor

10. Provider information:

    <u>s/ Christopher Nolland</u>                           March 10, 2023
    Christopher Nolland

| | |
|---|---|
| 1717 Main Street, Suite 5550 | Telephone: (214) 653-4360 |
| Dallas, Texas 75201-4639 | Facsimile: (214) 653-4343 |

<u>Name and Address of Counsel</u>:

James Rusty Tucker
Law Offices of James R. Tucker, P.C.
6414 Del Norte Lane
Dallas, Texas 75225

Edward Jason Dennis
Gregory Alan Brassfield
Yaman Desai
Lynn Pinker Hurst & Schwegmann
2100 ross avenue, Suite 2700
Dallas, Texas 75201

John Bueker
Andrew O'Connor
Kathryn Caldwell
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600

E. Leon Carter
Carter Arnett PLLC
Campbell Centre II
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206